# Court of Appeals
# of the State of Georgia

ATLANTA, October 15, 2014

*The Court of Appeals hereby passes the following order:*

**A15A0157. ETHIO-AMERICAN INSURANCE COMPANY, INC. v. STACY ADAMS d/b/a CHATHAM CAB COMPANY.**

Defendant Ethio-American Insurance Company, Inc., filed this direct appeal from the trial court's May 30, 2014 order entering judgment in favor of Stacy Adams. After the appeal was docketed, Adams filed a motion to dismiss the appeal, asserting that, on August 8, 2014, the trial court entered an order dismissing the appeal based upon the defendant's delay in filing the transcript.[1]

Pursuant to OCGA § 5-6-48 (c), a trial court may dismiss an appeal based upon an appellant's unreasonable delay in filing a transcript. The lower court loses the authority to act, however, once an appeal has been transmitted to this Court. See *Noorani v. Sugarloaf Mills Ltd. Partnership*, 308 Ga. App. 168, 169 (706 SE2d 750) (2011); *Hadavi v. Palmer*, 260 Ga. App. 509, 512 n.5 (580 SE2d 291) (2003). Here, the appeal was transmitted to this Court on August 22, 2014. Thus, on August 8, 2014, the trial court retained authority to dismiss the appeal in accordance with OCGA § 5-6-48 (c). Accordingly, Abram's motion to dismiss is hereby GRANTED, and this appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/15/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*

---

[1] The order dismissing the appeal was not initially included with the record transmitted to this Court, but was included in a supplemental record.